IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTINA MARZIALE                                                                                       PLAINTIFF

v.                                              No. 4:15CV00655-JLH-JJV

PHYLISS SILAS                                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, Christina Marziale's claims under 42 U.S.C. § 1983 are dismissed without prejudice. Her claims under the laws of the State of Arkansas are remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 8th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE